IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DORIS STREET, Personal Representative of the Estate of CARL V. GLAZE, Deceased, | ) ) ) ) | |
| | ) | 4:09CV3191 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the parties' joint Stipulation and Motion for Dismissal With Prejudice (filing 21) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 30th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge